**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7613**

———————————

FRANK E. KESSLER, JR.,

                                        Petitioner - Appellant,

          versus

E. MONTGOMERY TUCKER, Chairman of the Virginia
Parole Board,

                                        Respondent - Appellee.

———————————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Senior District
Judge.  (CA-97-667-R)

———————————

Submitted:  April 16, 1998          Decided:  April 29, 1998

———————————

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Frank E. Kessler, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Kessler v. Tucker</u>, No. CA-97-667-R (W.D. Va. Oct. 7, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>